# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCOS ANTHONY LOPEZ-TRUJILLO,<br><br>    Defendant. | Case No. 3:22-cr-00022-SLG-MMS |

## ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY

A plea agreement was filed in this case at Docket 143. Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Defendant entered a guilty plea to Count 1s of the First Superseding Indictment, Conspiracy to Distribute Controlled Substances, which are violations of 21 U.S.C. §§ 846 and 841(a)(1), (b)(1)(A). Defendant also admitted to Criminal Forfeiture Allegations 1 and 2.

Judge Scoble issued a Final Report and Recommendation at Docket 170, in which he recommended that the District Court accept Defendant's plea of guilty to Count 1s of the First Superseding Indictment and accept Defendant's admission

to Criminal Forfeiture Allegations 1 and 2. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 1s of the First Superseding Indictment and Defendant is adjudged GUILTY of Count 1s. The Court also ACCEPTS Defendant's admission to Criminal Forfeiture Allegations 1 and 2. An Imposition of Sentence hearing has been scheduled for **June 26, 2023, at 1:00 p.m.** before District Judge Sharon L. Gleason in Anchorage Courtroom 2.

DATED this 3rd day of May, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:22-cr-00022-SLG-MMS, *United States v. Lopez-Trujillo*
Order Re Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty
Page 2 of 2
Case 3:22-cr-00022-SLG-MMS   Document 172   Filed 05/03/23   Page 2 of 2