## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>MARCOS ANTHONY LOPEZ-TRUJILIO,<br>a/k/a "COMPA," a/k/a "POPE,"<br><br>        Defendant. | Case No. 3:22-cr-00022-SLG-MMS |

### ORDER RE MOTION TO AMEND JUDGMENT AT DKT. 217

Before the Court at Docket 232 is the Government's *Motion to Amend Judgment at Dkt. 217*. The Defendant did not file a response to the motion. Upon due consideration, the motion is hereby GRANTED. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(B), the Judgment at Docket 217 shall be amended to include an order that Defendant forfeit his interest in property to the United States as specified in the First Superseding Indictment at Docket 12.

IT IS SO ORDERED.

DATED this 22nd day of December, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE